# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT N. CARPENTER,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS J. WHEELER, JR., INVESTMENT SOLUTIONS, INC., FIRST CITY, INC, AND JOHN DOES I-X,<br><br>Defendants. | Case No. 2:18-cv-01270-APG-CWH<br><br>Amended and Extended Temporary Restraining Order |

On July 30, 2018, I entered a temporary restraining order directing Citibank NA to freeze Citibank Account No. 3270323029. On August 10, 2018, I held a hearing to consider extending that TRO or converting it to a preliminary injunction. At that hearing, plaintiff Robert N. Carpenter asked to extend the TRO and amend it to include Citibank Account Number 36887918. I granted that request and extended the TRO at that time. This order confirms those decisions.

IT IS HEREBY ORDERED that Citibank NA, including any subsidiaries and affiliates that control the Citibank Account No. 36887918 and Routing Number 021000089, shall prohibit the withdrawal, disbursement, or other disposal of funds in that account that would reduce the account balance below the amount of $68,198.00. If the balance is already below that amount, Citibank NA, including any subsidiaries and affiliates that control the Citibank Account No. 36887918 and Routing Number 021000089, shall prohibit the withdrawal, disbursement, or other disposal of any remaining funds in the account.

IT IS FURTHER ORDERED that upon identification of the Citibank account owners, signatories, or beneficiaries, Carpenter shall immediately effect service of process upon them, including a copy of the complaint, the motion for temporary restraining order, the original temporary restraining order, and this order.

IT IS FURTHER ORDERED that no bond or security shall be required from Carpenter pursuant to Federal Rule of Civil Procedure 65(c), without prejudice to a defendant appearing and moving for bond.

IT IS FURTHER ORDERED that a hearing on whether to convert this amended temporary restraining order into a preliminary injunction is set for Wednesday, August 22, 2018 at 2:00 p.m. in Las Vegas courtroom 6C.

DATED: August 16, 2018 at 8:30 a.m.

Andrew P. Gordon
United States District Judge