NICHOLAS M. WOOLDRIDGE
Nevada State Bar No. 8732
WOOLDRIDGE LAW, LTD.
400 South 7th Street, 4th Floor
Las Vegas, NV 89101
Telephone: (702) 330-4645
nicholas@wooldridgelawlv.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT N. CARPENTER,<br><br>*Plaintiff*,<br><br>vs.<br><br>DOQAMCO ENTERPRISES AKA THOMAS J. WHEELER, JR., AKA INVESTMENT SOLUTIONS, INC., AKA FIRST CITY, INC, AND JOHN DOES I-X,<br><br>*Defendants*. | CASE NO.   2:18-CV-1270-APG-CWH |

## **ORDER**

The Plaintiff, Robert N. Carpenter ("Plaintiff"), pursuant to LR-67, Federal Rules of Civil Procedure Rule 67, and 28 U.S.C. § 2041, has applied for an order directing Citibank N.A. to turnover the sum of $68,198.00 to the Clerk of the Court for deposit in the Court's Registry Account pending resolution of the pending case.

The Plaintiff's Motion is GRANTED. In particular, the Court orders as follows:

1. Citibank shall turnover the sum of $68,198.00 to the Clerk of the Court;

2. Said funds shall be held in this Court's Registry Account pending further order of this Court.

3. The Clerk shall deduct from any income earned on the funds while held in the Registry Account a fee of 10%, whenever such income becomes available for deduction, without further order of the Court.

Dated this 11th day of October 2018.    SO ORDERED

_____
United States Magistrate Judge